JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** Boston **Category No.** II **Investigating Agency** HSI

**City** Boston

**County** Suffolk

**Related Case Information:**

Superseding Ind./ Inf. ____ Case No. ____
Same Defendant ____ New Defendant X
Magistrate Judge Case Number ____
Search Warrant Case Number ____
R 20/R 40 from District of ____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number ____ ☐ Yes ☑ No

**Defendant Information:**

Defendant Name Jonathan Arroyo Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: ____

Address: 1 Leyland Street, Boston, MA

Birth date (Yr only): 1982 SSN (last 4#): 6574 Sex: M Race Unknown Nationality: USA

**Defense Counsel if known:** ____ Address: ____

Bar Number: ____

**U.S. Attorney Information**

AUSA: Philip C. Cheng Bar Number if applicable: ____

**Interpreter:** ☐ Yes ☑ No List language and/or dialect: ____

**Victims:** ☐ Yes ☑ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested ☐ Regular Process ☐ In Custody

**Location Status:** Boston

**Arrest Date:** ____

☐ Already in Federal Custody as of ____ in ____.
☐ Already in State Custody at ____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: ____ on ____

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ____ ☐ Misdemeanor ____ ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 10/15/2026 Signature of AUSA: [signature]